Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18281−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deborah Lynn Seretis
32 Kenvil Avenue
Succasunna, NJ 07876

Social Security No.:
xxx−xx−9604

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/27/2020 and a confirmation hearing on such Plan has been scheduled for 9/2/2020 @ 8:30 a.m..

The debtor filed a Modified Plan on 8/19/2020 and a confirmation hearing on the Modified Plan is scheduled for 9/16/2020 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: August 20, 2020
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-18281-RG
Deborah Lynn Seretis                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 2              Date Rcvd: Aug 20, 2020
                              Form ID: 186            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
```
db              +Deborah Lynn Seretis,    32 Kenvil Avenue,    Succasunna, NJ 07876-1424
cr              +Concord Associates Inc. Profit Sharing Plan,    c/o Shapiro Croland Reiser Apfel,
                 411 Hackensack Avenue,    Hackensack, NJ 07601-6328
518887187       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
518917117        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518887186       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518908290       +Concord Associates Inc. Profit Sharing Plan,    c/o Shapiro, Croland, Reiser, Apfel & Di,
                 411 Hackensack Ave.,    Hackensack, NJ 07601-6328,    Attn:  John P. Di Iorio,Esq.
518887192       +Concord Associates, Inc.,    C/O Charles Couraind, Esq.,
                 Harold P. Cook, Ill, Esq. & Associates,    886 Belmont Avenue, Suite B,
                 North Haledon, NJ 07508-2573
518887193       +I.c. System, Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
518887195       +Pnc Mortgage,    Attn: Bankruptcy,    Po Box 8819,    Dayton, OH 45401-8819
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:53
                 Synchrony Bank, c/o PRA Recievables Management, LL,   POB 41021,    Norfolk, VA 23541-1021
518887189       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2020 01:27:10      Comenity Bank/Pottery Barn,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
518887191       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2020 01:27:10      Comenitybank/New York,
                 Attn: Bankruptcy,    Po Box 182125,   Columbus, OH 43218-2125
518887190       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 21 2020 01:27:10      Comenitybank/justice,
                 Po Box 182789,   Columbus, OH 43218-2789
518887188        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 21 2020 01:36:14      Chase Mortgage,
                 Chase Records Center/Attn: Correspondenc,   Mail Code LA4 5555  700 Kansas Ln,
                 Monroe, LA 71203
518887196       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:52      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
518888733       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518887197       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:07      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po B 965064,   Orkando, FL 32896-5064
518887198       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:52      Synchrony Bank/Gap,
                 Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
518887199       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:05      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
518887200       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:47      Synchrony Bank/PC Richard,
                 Attn:  Bankruptcy,    Po Box 965061,   Orlando, FL 32896-5061
518887201       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:47
                 Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518887194        Picatinny Federal Cr U
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 20, 2020
                              Form ID: 186             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              John P. Di Iorio    on behalf of Creditor    Concord Associates Inc. Profit Sharing Plan
               jdiiorio@shapiro-croland.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com
              Stuart D. Minion    on behalf of Debtor Deborah Lynn Seretis sminion@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```