UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MINION & SHERMAN
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424
sminion@minionsherman.com
Stuart D. Minion, Esq.
Attorneys for the Debtor

**Order Filed on March 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DEBORAH LYNN SERETIS

        Debtor

Case No.: 20-18281-RG

Chapter 13

Judge: Honorable Rosemary Gambardella

## CONSENT ORDER PERMITTING A LATE FILED PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 22, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page (2)
In Re: Deborah Lynn Seretis
Case No.: 20-18281-RG
Consent Order Permitting a Late Filed Proof of Claim

**THIS MATTER** having been consensually opened to the Court and agreed upon by and between Eamonn O'Hagan, Esq., attorney for the Internal Revenue Service, and Stuart D. Minion, Esq., counsel for the Debtor, Deborah Lynn Seretis, and for other good cause shown, it is hereby

**ORDERED** that the Internal Revenue Service, shall have ten (10) days from the date of this order to file a proof of claim.

The form and entry of the order is
hereby acknowledged and agreed to:

|  |  |
|---|---|
| /S/Stuart D. Minion | /S/ Eamonn O'Hagan |
| By: _____ | By: _____ |
| Stuart D, Minion | Eamonn O'Hagan |
| Attorney for Debtor | Attorney for Internal Revenue Service |