UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MINION & SHERMAN
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424
sminion@minionsherman.com
Stuart D. Minion, Esq.
Attorneys for the Debtor

Order Filed on March 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DEBORAH LYNN SERETIS

        Debtor

Case No.: 20-18281-RG

Chapter 13

Judge: Honorable Rosemary Gambardella

**CONSENT ORDER PERMITTING A LATE FILED PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 22, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page (2)
In Re: Deborah Lynn Seretis
Case No.: 20-18281-RG
**Consent Order Permitting a Late Filed Proof of Claim**

      **THIS MATTER** having been consensually opened to the Court and agreed upon by and between Eamonn O'Hagan, Esq., attorney for the Internal Revenue Service, and Stuart D. Minion, Esq., counsel for the Debtor, Deborah Lynn Seretis, and for other good cause shown, it is hereby

      **ORDERED** that the Internal Revenue Service, shall have ten (10) days from the date of this order to file a proof of claim.

The form and entry of the order is
hereby acknowledged and agreed to:

    /S/Stuart D. Minion                                             /S/ Eamonn O'Hagan
By: _____                 By:_____
     Stuart D, Minion                                            Eamonn O'Hagan
     Attorney for Debtor                                      Attorney for Internal Revenue Service

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-18281-RG

Deborah Lynn Seretis                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                Page 1 of 2

Date Rcvd: Mar 24, 2021                          Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deborah Lynn Seretis, 32 Kenvil Avenue, Succasunna, NJ 07876-1424 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                                Signature:                /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

**Name**                                     **Email Address**

Christian Del Toro
                        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com

Denise E. Carlon
                        on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jill Manzo
                        on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com

John P. Di Iorio
                        on behalf of Plaintiff Concord Associates Inc. Profit Sharing Plan jdiiorio@shapiro-croland.com

John P. Di Iorio
                        on behalf of Creditor Concord Associates Inc. Profit Sharing Plan jdiiorio@shapiro-croland.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2021 | Form ID: pdf903 | Total Noticed: 1

Melissa N. Licker
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Stuart D. Minion
    on behalf of Debtor Deborah Lynn Seretis sminion@minionsherman.com

Stuart D. Minion
    on behalf of Defendant Deborah Lynn Seretis sminion@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10