Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−18281−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deborah Lynn Seretis
32 Kenvil Avenue
Succasunna, NJ 07876

Social Security No.:
xxx−xx−9604

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 8, 2021.

On 4/12/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                    May 19, 2021
Time:                     08:30 AM
Location:            Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 12, 2021
JAN: rh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                      Case No. 20-18281-RG
Deborah Lynn Seretis                                                                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                        User: admin                                     Page 1 of 3
Date Rcvd: Apr 12, 2021                            Form ID: 185                                Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Lynn Seretis, 32 Kenvil Avenue, Succasunna, NJ 07876-1424 |
| cr | + | Concord Associates Inc. Profit Sharing Plan, c/o Shapiro Croland Reiser Apfel, 411 Hackensack Avenue, Hackensack, NJ 07601-6328 |
| 518887187 | + | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 518917117 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518887186 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518908290 | + | Concord Associates Inc. Profit Sharing Plan, c/o Shapiro, Croland, Reiser, Apfel & Di, 411 Hackensack Ave., Hackensack, NJ 07601-6328, Attn: John P. Di Iorio, Esq. |
| 518887192 | + | Concord Associates, Inc., C/O Charles Courand, Esq., Harold P. Cook, Ill, Esq. & Associates, 886 Belmont Avenue, Suite B, North Haledon, NJ 07508-2573 |
| 518887193 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 519033850 | + | Internal Revenue Service, PO Box 742562, Cincinnati, OH 45274-2562 |
| 518948115 | + | PNC Bank, National Association, P.O. Box 94962, Cleveland, OH 44101-4962 |
| 518975697 | + | Picatinny Federal Credit Union, 100 Mineral Springs Dr, Dover NJ 07801-1637 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2021 20:48:30 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518887189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2021 20:51:00 | Comenity Bank/Pottery Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518887191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2021 20:51:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518887190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2021 20:51:00 | Comenitybank/justice, Po Box 182789, Columbus, OH 43218-2789 |
| 519148473 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2021 20:51:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518954555 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 12 2021 20:48:35 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518887188 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 12 2021 20:48:02 | Chase Mortgage, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 518887195 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2021 20:51:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518955730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2021 20:48:39 | | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518946934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2021 20:48:06 | | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518955732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2021 20:48:06 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518948355 | | Email/Text: bnc-quantum@quantum3group.com Apr 12 2021 20:51:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518887196 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:30 | | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518951718 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:30 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518888733 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:30 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518887197 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:47:58 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 518887198 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:31 | | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518887199 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:47:27 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518887200 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:31 | | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518887201 | + | Email/PDF: gecsedi@recoverycorp.com Apr 12 2021 20:48:31 | | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518951877 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2021 21:38:31 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518887194 | | Picatinny Federal Cr U |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION cdeltoro@martonelaw.com, bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| John P. Di Iorio | on behalf of Plaintiff Concord Associates Inc. Profit Sharing Plan jdiiorio@shapiro-croland.com |
| John P. Di Iorio | on behalf of Creditor Concord Associates Inc. Profit Sharing Plan jdiiorio@shapiro-croland.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Stuart D. Minion | on behalf of Debtor Deborah Lynn Seretis sminion@minionsherman.com |
| Stuart D. Minion | on behalf of Defendant Deborah Lynn Seretis sminion@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10