Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF AUGUST  7, 2025

**Chapter 13 Case # 20-18281**

Re:  DEBORAH LYNN SERETIS  
     32 KENVIL AVENUE  
     SUCCASUNNA, NJ  07876

Atty:  STUART D. MINION, ESQ  
      MINION AND SHERMAN  
      33 CLINTON ROAD  
      SUITE 105  
      WEST CALDWELL, NJ  07006

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $45,070.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/31/2020 | $400.00 | 6977145000 | 09/01/2020 | $570.00 | 7053330000 |
| 10/01/2020 | $570.00 | 7127451000 | 11/02/2020 | $570.00 | 7201933000 |
| 12/02/2020 | $570.00 | 7275694000 | 01/04/2021 | $744.00 | 7351105000 |
| 02/02/2021 | $744.00 | 7425511000 | 03/02/2021 | $744.00 | 7493437000 |
| 03/31/2021 | $744.00 | 7562791000 | 05/03/2021 | $744.00 | 7638458000 |
| 06/02/2021 | $744.00 | 7714203000 | 07/06/2021 | $774.00 | 7786698000 |
| 08/02/2021 | $774.00 | 7849437000 | 08/30/2021 | $774.00 | 7909475000 |
| 10/01/2021 | $774.00 | 7982830000 | 11/01/2021 | $774.00 | 8048030000 |
| 11/29/2021 | $774.00 | 8104119000 | 01/03/2022 | $774.00 | 8184943000 |
| 02/02/2022 | $774.00 | 8250941000 | 03/02/2022 | $774.00 | 8312727000 |
| 04/04/2022 | $774.00 | 8381959000 | 05/02/2022 | $774.00 | 8432268000 |
| 05/24/2022 | $774.00 | 8484748000 | 07/05/2022 | $774.00 | 8566378000 |
| 08/01/2022 | $774.00 | 8618742000 | 09/01/2022 | $774.00 | 8681229000 |
| 10/03/2022 | $774.00 | 8742487000 | 11/02/2022 | $774.00 | 8802083000 |
| 12/02/2022 | $774.00 | 8859869000 | 01/03/2023 | $774.00 | 8914899000 |
| 02/02/2023 | $774.00 | 8974486000 | 02/28/2023 | $774.00 | 9024058000 |
| 04/03/2023 | $774.00 | 9088014000 | 05/02/2023 | $774.00 | 9145710000 |
| 06/02/2023 | $774.00 | 9200026000 | 07/03/2023 | $774.00 | 9255247000 |
| 08/02/2023 | $774.00 | 9307114000 | 09/05/2023 | $774.00 | 9359971000 |
| 10/02/2023 | $774.00 | 9406468000 | 11/02/2023 | $774.00 | 9462473000 |
| 12/04/2023 | $774.00 | 9512246000 | 01/02/2024 | $774.00 | 9561811000 |
| 02/02/2024 | $774.00 | 9613924000 | 03/01/2024 | $774.00 | 9659520000 |
| 04/02/2024 | $774.00 | 9713993000 | 05/02/2024 | $774.00 | 9764709000 |
| 06/03/2024 | $774.00 | 9815155000 | 07/02/2024 | $774.00 | 9862745000 |
| 08/02/2024 | $774.00 | 9911306000 | 09/03/2024 | $774.00 | 9959595000 |
| 10/02/2024 | $774.00 | 1000700900 | 11/04/2024 | $774.00 | 1005526600 |
| 12/02/2024 | $774.00 | 1009953900 | 01/03/2025 | $774.00 | 1014488300 |
| 02/03/2025 | $774.00 | 1018579600 | 03/04/2025 | $774.00 | I1MJG9H2V1-Plan |

**Chapter 13 Case # 20-18281**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/02/2025 | $774.00 | I1VJGFB07F-Plan | 05/02/2025 | $774.00 | I134GJ1RJZ-Plan |
| 05/30/2025 | $774.00 | I1XWLNHJCC-Plan | 07/01/2025 | $774.00 | I19HL7PNY0-Plan |
| 07/16/2025 | $1.00 | I1D1L4R308-Plan | | | |

**Total Receipts: $45,071.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $45,071.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,700.08 | |
| ATTY | ATTORNEY | ADMIN | 3,127.00 | 100.00% | 3,127.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AR RESOURCES, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 2,699.14 | * | 98.66 | |
| 0003 | JPMORGAN CHASE BANK NA | MORTGAGE ARRE | 1,133.11 | 100.00% | 1,133.11 | |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 1,202.11 | * | 41.50 | |
| 0005 | QUANTUM3 GROUP LLC | UNSECURED | 187.31 | * | 5.34 | |
| 0006 | QUANTUM3 GROUP LLC | UNSECURED | 259.22 | * | 5.31 | |
| 0007 | CONCORD ASSOCIATES INC | UNSECURED | 309,478.80 | * | 11,938.80 | |
| 0008 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 264.06 | * | 5.40 | |
| 0009 | PICATINNY FEDERAL CREDIT UNION | UNSECURED | 18,795.95 | * | 687.05 | |
| 0010 | PNC BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,778.43 | * | 211.22 | |
| 0012 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,767.85 | * | 137.73 | |
| 0013 | SYNCHRONY BANK | UNSECURED | 4,859.80 | * | 177.64 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,886.98 | * | 105.52 | |
| 0015 | SYNCHRONY BANK | UNSECURED | 1,493.24 | * | 54.58 | |
| 0016 | SYNCHRONY BANK | UNSECURED | 800.56 | * | 24.41 | |
| 0017 | UNITED STATES TREASURY/IRS | PRIORITY | 24,114.18 | 100.00% | 24,114.18 | |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 10,320.08 | * | 377.23 | |

**Total Paid: $44,944.76**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 02/12/2024 | $6.92 | 8003948 | | 03/11/2024 | $5.32 | 8004000 |
| | 04/15/2024 | $5.30 | 8004039 | | 05/10/2024 | $5.27 | 8004086 |
| | 06/17/2024 | $5.30 | 8004131 | | 07/15/2024 | $5.32 | 8004175 |
| | 08/19/2024 | $5.44 | 8004213 | | 09/16/2024 | $5.48 | 8004256 |
| | 10/21/2024 | $5.48 | 8004294 | | 11/18/2024 | $5.41 | 8004339 |
| | 12/16/2024 | $5.41 | 8004383 | | 01/13/2025 | $5.41 | 8004419 |
| | 02/10/2025 | $5.41 | 8004460 | | 03/17/2025 | $5.42 | 8004498 |
| | 04/14/2025 | $5.41 | 8004538 | | 05/12/2025 | $5.42 | 8004582 |
| | 06/16/2025 | $5.46 | 8004617 | | 07/14/2025 | $5.48 | 8004665 |
| CONCORD ASSOCIATES INC | | | | | | | |
| | 01/08/2024 | $186.37 | 921697 | | 02/12/2024 | $607.48 | 923029 |
| | 03/11/2024 | $607.16 | 924490 | | 04/15/2024 | $607.44 | 925905 |
| | 05/10/2024 | $607.79 | 927402 | | 06/17/2024 | $607.34 | 928777 |
| | 07/15/2024 | $607.38 | 930269 | | 08/19/2024 | $627.29 | 931658 |
| | 09/05/2024 | ($607.79) | 927402 | | 09/16/2024 | $1,235.16 | 933141 |
| | 10/02/2024 | ($607.34) | 928777 | | 10/21/2024 | $1,234.47 | 934498 |
| | 11/04/2024 | ($607.38) | 930269 | | 12/03/2024 | ($627.29) | 931658 |

**Chapter 13 Case # 20-18281**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **JPMORGAN CHASE BANK NA** | | | | | | | |
| | 02/22/2021 | $40.20 | 864649 | | 03/15/2021 | $688.20 | 866551 |
| | 07/28/2021 | ($728.40) | 0 | | 12/11/2023 | $639.51 | 920216 |
| | 01/08/2024 | $493.60 | 921618 | | | | |
| **PICATINNY FEDERAL CREDIT UNION** | | | | | | | |
| | 01/08/2024 | $11.32 | 922318 | | 02/12/2024 | $36.89 | 923704 |
| | 03/11/2024 | $36.98 | 925146 | | 04/15/2024 | $36.89 | 926615 |
| | 05/10/2024 | $36.72 | 928037 | | 06/17/2024 | $36.98 | 929499 |
| | 07/15/2024 | $36.89 | 930922 | | 08/19/2024 | $38.10 | 932384 |
| | 09/16/2024 | $38.02 | 933784 | | 10/21/2024 | $38.14 | 935240 |
| | 11/18/2024 | $37.68 | 936680 | | 12/16/2024 | $37.73 | 938078 |
| | 01/13/2025 | $37.69 | 939501 | | 02/10/2025 | $37.70 | 940856 |
| | 03/17/2025 | $37.71 | 942273 | | 04/14/2025 | $37.68 | 943716 |
| | 05/12/2025 | $37.72 | 945159 | | 06/16/2025 | $38.05 | 946593 |
| | 07/14/2025 | $38.16 | 948028 | | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | | |
| | 02/12/2024 | $14.81 | 8003947 | | 02/12/2024 | $9.66 | 8003947 |
| | 02/12/2024 | $7.40 | 8003947 | | 03/11/2024 | $5.68 | 8003991 |
| | 03/11/2024 | $7.41 | 8003991 | | 03/11/2024 | $11.38 | 8003991 |
| | 04/15/2024 | $11.34 | 8004035 | | 04/15/2024 | $7.40 | 8004035 |
| | 04/15/2024 | $5.67 | 8004035 | | 05/10/2024 | $5.66 | 8004082 |
| | 05/10/2024 | $7.38 | 8004082 | | 05/10/2024 | $11.32 | 8004082 |
| | 06/17/2024 | $11.34 | 8004126 | | 06/17/2024 | $7.40 | 8004126 |
| | 06/17/2024 | $5.65 | 8004126 | | 07/15/2024 | $5.69 | 8004169 |
| | 07/15/2024 | $7.39 | 8004169 | | 07/15/2024 | $11.34 | 8004169 |
| | 08/19/2024 | $11.71 | 8004210 | | 08/19/2024 | $7.63 | 8004210 |
| | 08/19/2024 | $5.84 | 8004210 | | 09/16/2024 | $5.84 | 8004251 |
| | 09/16/2024 | $7.64 | 8004251 | | 09/16/2024 | $11.69 | 8004251 |
| | 10/21/2024 | $11.73 | 8004295 | | 10/21/2024 | $7.65 | 8004295 |
| | 10/21/2024 | $5.86 | 8004295 | | 11/18/2024 | $5.79 | 8004336 |
| | 11/18/2024 | $7.55 | 8004336 | | 11/18/2024 | $11.58 | 8004336 |
| | 12/16/2024 | $11.60 | 8004376 | | 12/16/2024 | $7.56 | 8004376 |
| | 12/16/2024 | $5.79 | 8004376 | | 01/13/2025 | $5.79 | 8004416 |
| | 01/13/2025 | $7.56 | 8004416 | | 01/13/2025 | $11.59 | 8004416 |
| | 02/10/2025 | $11.56 | 8004458 | | 02/10/2025 | $7.54 | 8004458 |
| | 02/10/2025 | $5.78 | 8004458 | | 03/17/2025 | $5.79 | 8004499 |
| | 03/17/2025 | $7.56 | 8004499 | | 03/17/2025 | $11.59 | 8004499 |
| | 04/14/2025 | $11.61 | 8004542 | | 04/14/2025 | $7.56 | 8004542 |
| | 04/14/2025 | $5.80 | 8004542 | | 05/12/2025 | $5.79 | 8004579 |
| | 05/12/2025 | $7.56 | 8004579 | | 05/12/2025 | $11.60 | 8004579 |
| | 06/16/2025 | $11.70 | 8004619 | | 06/16/2025 | $7.63 | 8004619 |
| | 06/16/2025 | $5.84 | 8004619 | | 07/14/2025 | $5.86 | 8004662 |
| | 07/14/2025 | $7.65 | 8004662 | | 07/14/2025 | $11.73 | 8004662 |
| **QUANTUM3 GROUP LLC** | | | | | | | |
| | 03/11/2024 | $5.45 | 8003992 | | 06/17/2024 | $7.07 | 8004132 |
| | 09/16/2024 | $7.23 | 8004252 | | 11/18/2024 | $5.31 | 8004340 |
| | 12/16/2024 | $7.26 | 8004380 | | 03/17/2025 | $7.23 | 8004500 |
| | 03/17/2025 | $5.34 | 8004500 | | 06/16/2025 | $7.26 | 8004623 |

**Chapter 13 Case # 20-18281**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SYNCHRONY BANK | | | | | | | |
| | 02/12/2024 | $12.46 | 922848 | | 03/11/2024 | $9.56 | 924317 |
| | 03/11/2024 | $6.77 | 924317 | | 04/15/2024 | $5.20 | 925729 |
| | 04/15/2024 | $9.54 | 925729 | | 05/10/2024 | $9.52 | 927232 |
| | 05/10/2024 | $5.86 | 927232 | | 06/17/2024 | $9.54 | 928594 |
| | 07/15/2024 | $9.54 | 930112 | | 07/15/2024 | $5.86 | 930112 |
| | 08/19/2024 | $6.33 | 931504 | | 08/19/2024 | $9.85 | 931504 |
| | 09/16/2024 | $9.83 | 933001 | | 09/16/2024 | $6.05 | 933001 |
| | 10/21/2024 | $9.86 | 934358 | | 11/18/2024 | $9.74 | 935856 |
| | 11/18/2024 | $6.02 | 935856 | | 12/16/2024 | $6.46 | 937235 |
| | 12/16/2024 | $9.76 | 937235 | | 01/13/2025 | $9.75 | 938662 |
| | 01/13/2025 | $5.98 | 938662 | | 02/10/2025 | $9.73 | 940055 |
| | 03/17/2025 | $9.75 | 941407 | | 03/17/2025 | $6.00 | 941407 |
| | 04/14/2025 | $6.42 | 942881 | | 04/14/2025 | $9.75 | 942881 |
| | 05/12/2025 | $9.75 | 944309 | | 05/12/2025 | $5.99 | 944309 |
| | 06/16/2025 | $9.84 | 945711 | | 07/14/2025 | $9.87 | 947174 |
| | 07/14/2025 | $6.05 | 947174 | | | | |
| UNITED STATES BANKRUPTCY COURT | | | | | | | |
| | 08/05/2025 | $7,460.72 | 948577 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 05/17/2021 | $1,376.40 | 8002272 | | 06/21/2021 | $699.36 | 8002325 |
| | 07/19/2021 | $699.36 | 8002377 | | 08/16/2021 | $1,455.96 | 8002427 |
| | 09/20/2021 | $727.56 | 8002474 | | 10/18/2021 | $727.56 | 8002522 |
| | 11/17/2021 | $735.30 | 8002576 | | 12/13/2021 | $735.30 | 8002628 |
| | 01/10/2022 | $735.30 | 8002677 | | 02/14/2022 | $735.30 | 8002731 |
| | 03/14/2022 | $735.30 | 8002783 | | 04/18/2022 | $746.91 | 8002837 |
| | 05/16/2022 | $746.91 | 8002890 | | 06/20/2022 | $746.91 | 8002942 |
| | 07/18/2022 | $746.91 | 8002992 | | 08/15/2022 | $746.91 | 8003040 |
| | 09/19/2022 | $746.91 | 8003095 | | 10/17/2022 | $746.91 | 8003145 |
| | 11/14/2022 | $731.43 | 8003196 | | 12/12/2022 | $731.43 | 8003251 |
| | 01/09/2023 | $731.43 | 8003303 | | 02/13/2023 | $731.43 | 8003361 |
| | 03/13/2023 | $731.43 | 8003412 | | 04/17/2023 | $731.43 | 8003467 |
| | 05/15/2023 | $731.43 | 8003525 | | 06/12/2023 | $723.69 | 8003577 |
| | 07/17/2023 | $723.69 | 8003634 | | 08/14/2023 | $723.69 | 8003689 |
| | 09/18/2023 | $723.69 | 8003748 | | 10/16/2023 | $723.69 | 8003804 |
| | 11/13/2023 | $712.08 | 8003857 | | 12/11/2023 | $72.57 | 8003904 |
| | 01/08/2024 | $6.21 | 8003946 | | 02/12/2024 | $20.26 | 8003990 |
| | 03/11/2024 | $20.30 | 8004034 | | 04/15/2024 | $20.26 | 8004078 |
| | 05/10/2024 | $20.16 | 8004124 | | 06/17/2024 | $20.31 | 8004168 |
| | 07/15/2024 | $20.25 | 8004209 | | 08/19/2024 | $20.92 | 8004249 |
| | 09/16/2024 | $20.88 | 8004290 | | 10/21/2024 | $20.94 | 8004334 |
| | 11/18/2024 | $20.69 | 8004374 | | 12/16/2024 | $20.72 | 8004414 |
| | 01/13/2025 | $20.70 | 8004455 | | 02/10/2025 | $20.65 | 8004495 |
| | 03/17/2025 | $20.71 | 8004537 | | 04/14/2025 | $20.72 | 8004578 |
| | 05/12/2025 | $20.71 | 8004616 | | 06/16/2025 | $20.89 | 8004661 |
| | 07/14/2025 | $20.95 | 8004703 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 11/18/2024 | $5.40 | 935923 | | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: August 07, 2025.

Receipts: $45,071.00    -    Paid to Claims: $39,117.68    -    Admin Costs Paid: $5,827.08    =    Funds on Hand: $126.24

Base Plan Amount: $45,070.00    -    Receipts: $45,071.00    =    Total Unpaid Balance: **($1.00)

**Chapter 13 Case # 20-18281**

**\*\*NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.